**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| BREANNA P. GEIER, | ) |
| | ) |
|     Plaintiff/Garnishor, | ) |
| | ) |
| v. | ) |
| | )   Case No. 4:17-0864-CV-S-DGK |
| | ) |
| GOLDEN BEAR DEVELOPMENT, LLC | ) |
| d/b/a STONEWOOD APARTMENTS, | ) |
| | ) |
|     Defendant/Debtor | ) |
| | ) |
| YORK RISK SERVICES GROUP, | ) |
| | ) |
|     Garnishee. | ) |

## **ORDER REMANDING CASE**

This matter is an ancillary garnishment proceeding originally filed in the Circuit Court of Jackson County, Missouri. Its history is as follows.

On April 8, 2016, Plaintiff/Garnishor Breanna P. Geier ("Plaintiff/Garnishor Geier") took a default judgment in the amount of $750,000 against Defendant/Debtor Golden Bear Development, LLC, d/b/a Stonewood Apartments ("Debtor Golden Bear") in the Circuit Court of Jackson County, Missouri, Case No. 1516-CV25236. On September 6, 2017, Plaintiff/Garnishor Geier initiated this garnishment proceeding in the Jackson County case, seeking to garnish insurance proceeds allegedly available to Debtor Golden Bear under an insurance policy issued by Garnishee York Risk Services Group ("Garnishee York").

Garnishee York timely removed this case to federal court by invoking the Court's diversity jurisdiction (Doc. 1). Plaintiff/Garnishor Geier subsequently dismissed without prejudice the ancillary garnishment proceeding against Garnishee York (Doc. 7).

It appears to the Court that since Garnishee York has been dismissed, the Court no longer has subject matter jurisdiction to hear this case. Accordingly, this case is remanded to the Circuit Court of Jackson County, Missouri.

**IT IS SO ORDERED.**

Date: October 27, 2017          /s/ Greg Kays
                                GREG KAYS, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT